UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUPER 8 WORLDWIDE, INC.**, a South Dakota Corporation f/k/a Super 8 Motels, Inc., <br><br> **Plaintiff,** <br><br> v. <br><br> **SARWAN INVESTMENTS, LLC**, an Arizona Limited Liability Company; <br> **SURINDER K. MADAHAR**, an individual, <br> **SUSHIL MADAHAR**, an individual, <br> **RAM D. MADAHAR**, an individual, <br> **BALDEV R. MADAHAR**, an individual, <br> **SUKHWINDER MADAHAR**, an individual, <br> **NARINDER MADAHAR**, an individual, <br> **AHALIA MADAHAR**, an individual, <br> **KRISHNA MADAHAR**, an individual, <br><br> **Defendants.** | Civ. No. 2:14-07810 (WJM) <br><br> **ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' motion for default judgment and Defendants' cross-motion to vacate entry of default; for the reasons set forth in the accompanying opinion;

**IT IS** on this 27 day of October 2016, hereby,

**ORDERED** that Plaintiff's motion is **DENIED**; and it is further

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that entry of default is **VACATED.**

                                                 */s/ William J. Martini*
                                                 **WILLIAM J. MARTINI, U.S.D.J.**